UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:12-CR-88-8BO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SHANE LORENZO STEWART, )<br>)<br>Defendant. ) | ORDER TO SEAL |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 307 be sealed until such time as requested to be unsealed by the United States Attorney.

This, the __12__ day of __March__, 2014.

_____
Terrence W. Boyle
U.S. District Judge