UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shane Lorenzo Stewart**                    **Docket No. 7:12-CR-88-8BO**

### Petition for Action on Supervised Release

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shane Lorenzo Stewart, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute Marijuana in a Quantity Exceeding 50 Kilograms in violation of 21 U.S.C. §846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 13, 2014, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Shane Lorenzo Stewart was released from custody on December 24, 2015, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 26, 2017, the defendant was instructed to provide a urinalysis sample during an unscheduled home contact. He stated that he could not provide a sample, but signed an admission form admitting use of marijuana on January 25, 2017. The defendant was verbally reprimanded for his noncompliance. He was advised that the frequency of his random urinalysis testing would increase.

On April 22, 2017, the defendant was instructed to provide a urinalysis sample during an unscheduled home contact. He provided a sample, and subsequently signed an admission form admitting to marijuana use on April 21, 2017. The sample was confirmed positive for marijuana by Alere Laboratories on April 28, 2017.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2536
Executed On: May 17, 2017

**ORDER OF THE COURT**

Considered and ordered this ___17___ day of _May_ , 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge