UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Shane Lorenzo Stewart            Docket No. 7:12-CR-88-8BO

### Petition for Action on Supervised Release

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shane Lorenzo Stewart, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute Marijuana in a Quantity Exceeding 50 Kilograms in violation of 21 U.S.C. §846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 13, 2014, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Shane Lorenzo Stewart was released from custody on December 24, 2015, at which time the term of supervised release commenced.

On May 17, 2017, a petition was submitted to Your Honor requesting that the defendant's conditions of supervision be modified in response to use of illegal substances. Your Honor agreed with the recommendation, and modified the conditions of supervision to include substance abuse testing and treatment, as well a sanction of 24 hours of community service.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 21, 2017, the defendant reported to the probation office and provided a urinalysis sample. The sample appeared to be diluted, so a handheld testing device was used. The sample tested positive for marijuana. The defendant signed an admission form confirming use of marijuana on or about August 15, 2017. The sample has been submitted to Alere Laboratories for confirmation testing. As a result of the above noted noncompliance, the defendant has been enrolled in monthly individual counseling at Reality Counseling in Lumberton, North Carolina.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Shane Lorenzo Stewart
Docket No. 7:12-CR-88-8BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Henry Ponton<br>Henry Ponton<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2536<br>Executed On: August 21, 2017 |

### ORDER OF THE COURT

Considered and ordered this 22 day of August, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge