UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shane Lorenzo Stewart**     Docket No. 7:12-CR-88-8BO

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shane Lorenzo Stewart, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Marijuana in a Quantity Exceeding 50 Kilograms in violation of 21 U.S.C. §846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 13, 2014, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Shane Lorenzo Stewart was released from custody on December 24, 2015, at which time the term of supervised release commenced.

On May 17, 2017, a petition was submitted to Your Honor requesting that the defendant's conditions of supervision be modified in response to use of illegal substances. Your Honor agreed with the recommendation, and modified the conditions of supervision to include substance abuse testing and treatment, as well as a sanction of 24 hours of community service.

On August 21, 2017, a petition was submitted to Your Honor requesting that the defendant's conditions of supervision be modified in response to continued use of illegal substances. Your Honor agreed with the recommendation, and modified the conditions of supervision to include confinement in the custody of the Bureau of Prisons for a period of 3 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 12, 2018, a home contact was conducted at the defendant's residence. At that time, a urinalysis sample was taken and submitted to Alere Laboratories for testing. The sample was confirmed positive for marijuana on March 18, 2018.

On March 20, 2018, this officer returned to the defendant's residence. At that time, he signed a voluntary admission form. He admitted his last use of marijuana was on or about March 18, 2018. The defendant remains in individual substance abuse treatment at Reality Counseling in Lumberton, North Carolina.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Shane Lorenzo Stewart
Docket No. 7:12-CR-88-8BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2536
Executed On: April 03, 2018

### ORDER OF THE COURT

Considered and ordered this ___4___ day of ___April___, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge